UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| C.T., an individual, | CIVIL ACTION NO. 2:19-CV-5384 |
| Plaintiff, | |
| RED ROOF INNS, INC; WYNDHAM HOTELS & RESORTS, INC.; BEST WESTERN INTERNATIONAL, INC.; and LA QUINTA HOLDINGS, INC., | Chief Judge Algenon L. Marbley<br>Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | |

## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT FOR DEFENDANT BEST WESTERN INTERNATIONAL, INC.

In compliance with Local Rule 7.1.1, the undersigned affirms the filing party, Best Western International, Inc. is not a parent, subsidiary or other affiliate of a publicly owned corporation. The undersigned also affirms there is no publicly owned corporation, not a party to the case, that holds 10% or more of Best Western International, Inc.'s shares.

Dated: February 13, 2020

Respectfully submitted,

/s/ *Judd Uhl*
Judd Uhl (0071370)
Stephanie L. Brockman (0099134)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
250 E. 5th Street, Suite 2000
Cincinnati, Ohio 45202
Telephone: 513.808.9913
Facsimile: 513.808.9912
Judd.Uhl@lewisbrisbois.com
Stephanie.L.Brockman@lewisbrisbois.com
*Attorneys for Defendant*
*Best Western International, Inc.*

4842-3199-1732.1

1

## CERTIFICATE OF SERVICE

      I hereby certify on the 13th day of February, 2020, the foregoing was served on counsel of record through the Court's electronic filing system, and to all parties without an appearance by conventional mail.

                                      /s/ *Judd Uhl*
                                      Judd Uhl (0071370)