THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

C.T., an individual  :  Case No. 2:19-cv-05384
: Judge: Algenon Marbley
v. : Corporate Disclosure Statement
:
Red Roof Inns, Inc., et al. :
:

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant La Quinta Holdings, Inc. and Defendant Wyndham Hotels & Resorts, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✔ YES    ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   Defendant La Quinta Holdings, Inc.s current ultimate parent company is Wyndham Hotels & Resorts, Inc., which is a publicly held company.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES    ✔ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   _____
   _____
   _____

   /s/ Elise K. Yarnell                            3-10-2020
   Signature of Counsel                            Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

/s/ Elisé K. Yarnell