UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C. T.,

    Plaintiff,

v.                                   Case No.:  2:22-cv-834-JES-KCD

RED ROOF INNS, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Stay Proceedings. (Doc. 250.) A stay is needed, according to the motion, because Plaintiff was recently incarcerated and she is seeking the appointment of a guardian ad litem to "adequately represent her interests." (Doc. 253 at 3.)

Given the motion is unopposed, and finding good cause presented by Plaintiff's recent incarceration and questions about her competency, the Court will enter a stay under the conditions outlined below.

It is now **ORDERED**:

1. Plaintiff's Unopposed Motion to Stay Proceedings (Doc. 250) is **GRANTED**.

2. The clerk is directed to add a stay flag to this matter pending further order from the Court.

3. Plaintiff is directed to file a status report on the first of each month following this order that addresses the criminal proceedings in Connecticut, her pending request for a guardian ad litem, and whether the stay should be lifted.

**ENTERED** in Fort Myers, Florida on January 2, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record