U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS

C.T.

CASE NO: 2:22-CV-00834-JES-KCD

Plaintiff(s)

v.

RED ROOF INNS, INC. et al.

Defendant(s)  /

## JOINT NOTICE OF RESOLUTION IN PRINCIPLE

Plaintiff, C.T., and Defendant, Red Roof Inns, Inc., hereby, pursuant to Rule 3.09, Middle District of Florida Local Rules, provide notice that the parties have recently reached a resolution, in principle, and have been, and intend to, continue working toward documenting and finalizing their settlement agreement.  The parties expect to have the settlement documents completed and executed within the next 30 days and, as such, the parties respectfully request that the Court suspend all dates in the case schedule and permit the parties to submit a stipulation for dismissal with prejudice of the case within 30 days from the date of this notice so this Court can enter an order of dismissal with prejudice.

/s/ Kimberly Lambert Adams
**Kimberly Lambert Adams**
Levin, Papantonio, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7056 (office)
850.436.6056 (fax)
kadams@levinlaw.com
Counsel for Plaintiff

/s/ Christine M. Snyder
 **Christine M. Snyder**
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Clevland, OH  44113
Direct:  216-696-5593
Fax:  216-592-5009
Christine.snyder@tuckerellis.com
Counsel for Red Roof Inns, Inc.

01056874-1

/s/ Andrew F. Russo
**Andrew F. Russo**
Rywant, Alvarez, Jones, Russo & Guyton
302 Knights Run Avenue, Suite 1000
Tampa, FL  33602
(813) 229-7007 Phone
(813) 223-6544 fax
arusso@rywantalvarez.com
Counsel for Red Roof Inns, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-served through the Florida Courts E-filing Portal this 27th day of March, 2025.

/s/ Andrew F. Russo
Andrew F. Russo
FBN:  508594
*Rywant, Alvarez, Jones, Russo & Guyton, P.A.*
302 Knights Run Avenue, Suite 1000
Tampa, FL  33602
(Tel) 813-229-7007 / (Fax) 813-223-6544
Counsel for Red Roof Inns, Inc.

01056874-1