U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS

C.T.

                    CASE NO: 2:22-CV-00834-JES-KCD

            Plaintiff(s)

v.

RED ROOF INNS, INC. et al.


            Defendant(s)  /

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

      It is hereby stipulated by and between, Plaintiff, C.T.  and Defendant, RED ROOF INNS, INC. by and through counsel for the respective parties in the above and foregoing cause, that this cause shall be dismissed with prejudice to each of the parties.  It is further agreed that each said party shall bear their own attorney fees and costs.


/s/ Kimberly Lambert Adams                 /s/ Christine M. Snyder

**Kimberly Lambert Adams**                **Christine M. Snyder**

Levin, Papantonio, Proctor,                 Tucker Ellis LLP

Buchanan, O'Brien, Barr & Mougey, P.A.    950 Main Avenue, Suite 1100

316 S. Baylen Street, Suite 600            Clevland, OH  44113

Pensacola, FL 32502-5996              Direct:  216-696-5593

850.435.7056 (office)                   Fax:  216-592-5009

850.436.6056 (fax)                     Christine.snyder@tuckerellis.com

kadams@levinlaw.com                  Counsel for Red Roof Inns, Inc.

Counsel for Plaintiff


/s/ Andrew F. Russo

**Andrew F. Russo**

Rywant, Alvarez, Jones, Russo & Guyton

302 Knights Run Avenue, Suite 1000

Tampa, FL  33602

(813) 229-7007 Phone

(813) 223-6544 fax

arusso@rywantalvarez.com

Counsel for Red Roof Inns, Inc.

_____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-served through the Florida Courts E-filing Portal on  this 24th day of April 2025.

/s/ Andrew F. Russo _____
*Rywant, Alvarez, Jones, Russo & Guyton, P.A.*
Andrew F. Russo
FBN:  508594
302 Knights Run Avenue, Suite 1000
Tampa, FL  33602
(Tel) 813-229-7007 / (Fax) 813-223-6544
Attorneys for Red Roof Inn